**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES-GENERAL

CASE NO.   CV 03-1635-RSWL                DATED: August 25, 2003

TITLE:   JOSE URIBE v. AUTOZONE INC., et al.

PRESENT:   HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                             Sheri Ogata
Deputy Clerk                            Court Reporter

ATTORNEYS FOR PLAINTIFFS:               ATTORNEYS FOR DEFENDANTS:

Lane Bender                             John Carrigan, Jr.
                                        Keith Jacoby


PROCEEDINGS: MOTION

Court and counsel confer. The Court **GRANTS** Deft's Autozone, Inc., and Michelle Shearer's Motion for Judgment on the Pleadings on Pltf's 1st, 2nd, and 4th causes of action and **DENIES** as to the 3rd cause of action.

Counsel for the defense is to submit the proposed order for this Court pursuant to Local Rule 52-4.

Plaintiff's request to file an amended complaint is **DENIED**.


MINUTES FORM 11                         INITIALS OF DEPUTY CLERK  kd  ENTER ON ICMS
CIV-GEN

AUG 27 2003