LODGED

1  KEITH A. JACOBY, Bar No. 150233
   JOHN R. CARRIGAN, JR., Bar No. 217534
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:  310.553.0308
   Fax No.:    310.553.5583
5
   Attorneys for Defendants
6  AUTOZONE, INC. and MICHELLE SHEARER

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

2003 SEP -2 PM 3: 21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN BRANCH

| JOSE URIBE, an individual, | Case No. CV03-1635-RSWL (AJWx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT BY COURT IN FAVOR OF DEFENDANTS AUTOZONE, INC. AND MICHELLE SHEARER |
| v. | |
| AUTOZONE, INC., a Corporation; MICHELLE SHEARER, an Individual; and DOES 1 through 100; inclusive, | Date: August 25, 2003<br>Time: 9:00 a.m.<br>Courtroom: 21<br>Judicial Officer: Hon. Ronald S. W. Lew |
| Defendants. | |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP. RULE 77(d).



SEP 18 2003

(28)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA, WESTERN BRANCH

10

| 11 | JOSE URIBE, an individual, | Case No. CV03-1635-RSWL (AJWx) |
|---|---|---|
| 12 | Plaintiff, | **JUDGMENT BY COURT IN FAVOR OF DEFENDANTS AUTOZONE, INC. AND MICHELLE SHEARER** |
| 13 | v. | |
| 14 | AUTOZONE, INC., a Corporation; MICHELLE SHEARER, an Individual; and DOES 1 through 100; inclusive, | Date:        August 25, 2003<br>Time:        9:00 a.m.<br>Courtroom:   21<br>Judicial Officer: Hon. Ronald S. W. Lew |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

On August 25, 2003, in Courtroom 21 of the above-entitled Court, the motion of Defendants AutoZone, Inc. and Michelle Shearer for judgment on the pleadings came on regularly for hearing in the above-captioned matter. The parties appeared through their respective counsel.

The Court, having determined that there is no genuine issue as to any material fact with respect to Plaintiff's first, second and fourth causes of action and that Defendants AutoZone, Inc. and Michelle Shearer are entitled to judgment as a matter of law,

HEREBY ORDERS, ADJUDGES AND DECREES that judgment on the pleadings be entered in favor of Defendants AutoZone, Inc. and Michelle Shearer with respect to Plaintiff's first, second and fourth causes of action.

DATED: 9-15-03

RONALD S W LEW

THE HONORABLE RONALD S. W. LEW,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS_ANGELES:316305.1 013306.2059

1.